No. 4972.—MARTÍNEZ, apldo., *v.* ORTIZ, aplte.—C. D. Ponce. Mayo 21, 1929.

POR CUANTO, interpuesta apelación en este caso el 8 de mayo de 1928, la parte apelante solicitó y obtuvo varias prórrogas para presentar la transcripción de la evidencia, venciendo la última el 5 de noviembre de 1928, sin que nada más haya gestionado dicha parte,

POR TANTO, se declara con lugar la moción de la parte apelada de mayo 5, 1929, vista sin asistencia de las partes en mayo 20 actual, y en su consecuencia se desestima, por abandono, el recurso.

No. 648.—ALCAIDE ET AL., peticionarios, *v.* CORTE DE DISTRITO SAN JUAN, HON. C. LLAUGER, JUEZ, demandado. ▉

▉ Mayo 22, 1929. Atendida la alegación que se hizo en la solicitud sobre que la corte de distrito estaba conociendo de cierto procedimiento de administración judicial sin jurisdicción, expidióse el auto en este caso; pero apareciendo del récord elevado que la corte inferior no había resuelto aún las cuestiones que dieron origen al *certiorari,* y apareciendo además ser el objeto del recurso que el Tribunal Supremo resolviera las cuestiones sometidas a la corte de distrito antes de que ésta las haya resuelto, se anuló el auto, ordenando a la corte de distrito que resuelva las cuestiones que le han sido planteadas.